UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ADAM SMITH | CIVIL ACTION |
| VERSUS | NO. 15-1577 |
| N. BURL CAIN, WARDEN | SECTION "N" (4) |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Clerk of Court recognize the Notice of Voluntary Dismissal (Rec. Doc. No. 7) filed by the petitioner, Adam Smith, and **CLOSE** and **DISMISS** this case **WITHOUT PREJUDICE** pursuant to Notice and Fed. R. Civ. P. 41(a)(1).

New Orleans, Louisiana, this _14th_ day of _October_, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE